UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA BROWN and PATRICK MEADE,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. 2:25-cv-00250-JHC<br><br>ORDER ON STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES<br><br>NOTED FOR CONSIDERATION: September 23, 2025 |

This matter comes before this Court on the parties' stipulated motion to extend the deadline for the parties' expert witness disclosures by two weeks. Dkt. # 10.

The Court having considered the matter and finding that good cause for the requested extension exists hereby ORDERS that the deadline for the parties' expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) be extended from the current due date of September 29, 2025 to October 31, 2025.

//

//

//

ORDER ON STIPULATED MOTION TO EXTEND DEADLINE
FOR EXPERT WITNESS DISCLOSURES (Case No. 2:25-cv-00250-JHC) - 1

DATED this 23rd day of September, 2025.

_____
John H. Chun
United States District Judge