1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA BROWN and PATRICK MEADE,

Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY
COMPANY, a foreign corporation,

Defendant.

Case No. 2:25-cv-00250-JHC

ORDER ON STIPULATED MOTION TO
EXTEND DEADLINE FOR EXPERT
WITNESS DISCLOSURES AND
DISCOVERY DEADLINES

NOTED FOR CONSIDERATION:
October 30, 2025

This matter comes before this Court on the parties' stipulated motion to extend the deadlines for the parties' expert witness disclosures and for completion of discovery.  Dkt. # 12.

The Court having considered the matter, and finding that good cause for the requested extension exists, hereby ORDERS that the deadline for the parties' expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) be extended from the current due date of October 31, 2025 to December 1, 2025 and that the deadline for completion of Discovery be extended from the current due date of November 28, 2025 to January 9, 2026.

DATED this 30th day of October, 2025.

_____
John H. Chun
United States District Judge

ORDER ON STIPULATED MOTION TO
EXTEND DEADLINES FOR EXPERT WITNESS
DISCLOSURES AND DISCOVERY - 1