UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA BROWN and PATRICK MEADE,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | Case No. 2:25-cv-00250-JHC<br><br>**ORDER ON STIPULATION TO CONTINUE THE TRIAL DATE**<br><br>**NOTED FOR CONSIDERATION:**<br>**December 01, 2025** |

Before the Court is the parties' stipulation to continue the trial date. Dkt. # 14. Given the Court's trial calendar, and based on the request, the Court CONTINUES trial in this matter to September 8, 2026. The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 1st day of December, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER ON STIPULATION TO CONTINUE THE
TRIAL DATE - 1