UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA BROWN and PATRICK MEADE,

Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY
COMPANY, a foreign corporation,

Defendant.

CASE NO. 2:25-cv-00250-JHC

ORDER OF DISMISSAL WITH
PREJUDICE

Noted on Court Calendar:
April 30, 2026

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted by and between the parties to this lawsuit shall be dismissed with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), with the parties each to bear their own costs and attorney's fees.

DATED this 1st day of May, 2026.

John H. Chun

John Chun
United States District Judge

ORDER - 1